JOHN S. KEYES et al., Individually and as Executors, etc., Appellants, *v.* BARBARA ELLENSOHN, Impleaded, etc., et al., and ANNA KRISTOF, by Guardian ad litem, Respondents.

(Argued December 13, 1893; decided January 16, 1894.)

. APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 28, 1893, which affirmed an order of Special Term vacating a judgment as to the defendant Anna Kristof, an. infant, and authorizing Samuel D. Sewards, her guardian *ad litem*, to appear and answer.

*Edward C. Perkins* for appellants.

*Isaac N. Miller* for respondents.

Agree to dismiss appeal; no opinion.
All concur, except BARTLETT, J., not sitting.
Appeal dismissed.

---

M. FILLMORE BROWN, as Administrator, etc., Respondent, *v.* THE BUFFALO CREEK RAILROAD COMPANY, Appellant.

(Argued December 12, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made July 14, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*George F. Brownell* for appellant.

*M. Fillmore Brown* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL and GRAY, JJ., dissenting, and BARTLETT, J., not sitting.
Judgment affirmed.